UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| CHRISTOPHER A. BRIGGS ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | CAUSE NO. 4:06cv0099AS |
| ) | |
| DARLENE THERESA WATSON, ) | |
| ) | |
| ) | |
| Appellee. ) | |

IN THE MATTER OF:

DARLENE THERESA WATSON,

BANKRUPTCY CASE NO. 03-41391

Debtor.

## MEMORANDUM, ORDER AND OPINION

On or about May 3, 2006 the Appellant was granted until May 18, 2006 to file his Appellant's Brief. As of this date neither that Brief nor any motion, notice, or other document has been filed with this Court. Therefore, this appeal is **DISMISSED**.

**SO ORDERED.**

**Date: July 18, 2006**                                          S/ ALLEN SHARP
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**